## Case No. 116.
### AITKEN v. The MAY POWELL.
District Court, S. D. New York. 1852.

[Nowhere reported; opinion not now accessible.]